```
 1  TRACY L. WILKISON
    United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    JONATHAN GALATZAN
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  DAN G. BOYLE (Cal. Bar No. 332518)
    Assistant United States Attorney
 6  Asset Forfeiture Section
    1400 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone:  (213) 894-2426
         Facsimile:  (213) 894-0142
 9       E-mail:   Daniel.Boyle2@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| In the Matter of the Seizure of: Funds on deposit in the Lending Club Bank, N.A accounts identified in Attachment A, up to the amounts specified therein | No. 2:22-MJ-00180<br><br>Notice of Withdrawal |
|---|---|

The United States hereby withdraws the Application and Affidavit for a Seizure Warrant (2:22-MJ-00180) filed in this matter on January 14, 2022.

//

//

The United States expects to file an amended Application and Affidavit in this matter by no later than January 21, 2022.

Dated: January 12, 2022                  Respectfully submitted,

                                          TRACY L. WILKISON
                                        United States Attorney
                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division
                                        JONATHAN GALATZAN
                                        Assistant United States Attorney
                                        Chief, Asset Forfeiture Section

                                        /s/_____
                                        DAN G. BOYLE
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA