| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>2/10/2022 | DATE AND TIME WARRANT EXECUTED<br>1/25/2022, 11:07 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>CSC 2710 Gateway Oaks Drive #150N Sacramento CA, 93833 |

INVENTORY MADE IN THE PRESENCE OF

Special Agent Zachery Winslow and Investigative Analyst Timothy Dane

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1 Lending Club Bank cashier's checks dated 2/10/2022.

Accounting of funds received:

- Khalvashi $141,014
- Kovalenko $3,834
- Mazur $7,283
- Gang $86,219
- Eedelman $146,844

See attachment A.

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 2/15/2022

*Executing Officer's Signature*

Zachery Winslow, Special Agent

*Printed Name and Title*

.

**ATTACHMENT A**

| SUBJECT ACCOUNT | LENDINGCLUB BANK N.A ACCOUNT |
|---|---|
| **1.** | Up to $148,000 in account number 4111696016 |
| **2.** | Up to $22,700 in account number 4111697141 |
| **3.** | Up to $3,850 in account number 4111708522 |
| **4.** | Up to $141,000 in account number 4111706456 |
| **5.** | Up to $144,800 in account number 4111714464 |