| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>2/10/2022 | DATE AND TIME WARRANT EXECUTED<br>1/25/2022, 11:07 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>CSC 2710 Gateway Oaks Drive #150N Sacramento CA, 93833 |

INVENTORY MADE IN THE PRESENCE OF

Special Agent Zachery Winslow and Investigative Analyst Timothy Dane

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1 Lending Club Bank cashier's check, (check number 127753) dated 2/10/2022.

Total seized: $385,197.52

See attachment A.

### CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 2/15/2022

*Executing Officer's Signature*

Zachery Winslow, Special Agent
*Printed Name and Title*

**ATTACHMENT A**

| SUBJECT ACCOUNT | LENDINGCLUB BANK N.A ACCOUNT |
|---|---|
| 1. | Up to $148,000 in account number 4111696016 |
| 2. | Up to $22,700 in account number 4111697141 |
| 3. | Up to $3,850 in account number 4111708522 |
| 4. | Up to $141,000 in account number 4111706456 |
| 5. | Up to $144,800 in account number 4111714464 |